IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ORTHOFLEX SADDLEWORKS, INC.                                    PLAINTIFF

vs.  CASE NO. 1:10-CV-1079

WESTERN HERITAGE INSURANCE COMPANY                             DEFENDANT

ORDER

Before the Court are Plaintiff's Motion for Attorney Fees and Costs and supporting brief (docs. 29-30), Defendant's Response (doc. 31), Plaintiff's Reply (doc. 32), and the Parties Joint Agreement on Plaintiff's Motion for Costs (doc. 34). The Court previously denied Plaintiff's motion for attorney fees and deferred ruling on the matter of costs pending submission of additional proof.

Being well and sufficiently advised in the premises, the Court finds that the Motion (doc. 29) should be and hereby is **GRANTED in part and DENIED in part**. Plaintiff's claim for attorney's fees is **DENIED**, as previously ordered, and Plaintiff's claim for costs is **GRANTED** for the stipulated amount of $3,764.48.

IT IS SO ORDERED this 25th day of April 2012.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge